UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

FILED
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TENN.
JUL 0 2 2015
DEPUTY CLERK

SCANNED

CRAIG CUNNINGHAM, Pro-se )
)
*Plaintiff* )
) CIVIL ACTION NO.: 3:15-cv-00165
v. )
)
Vital Recovery LLC )
)
*Defendants.*

## Plaintiff's Motion To Dismiss

1. The Plaintiff and defendant in this case have resolved the dispute between them and requests the court dismiss the action with prejudice and with each side bearing their own costs.

Respectfully submitted,

Craig Cunningham
Plaintiff, Pro-se
Mailing address:
5543 Edmondson Pike, ste 248
Nashville, tn 37211
615-348-1977
July 3rd 2015

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

CRAIG CUNNINGHAM, Pro-se        )
                                )
    *Plaintiff*                  )
                                ) CIVIL ACTION NO.: 3:15-cv-00165
v.                              )                                )
                                )
Vital Recovery LLC              )

    *Defendants.*

## Certificate of Service

I hereby certify that a true copy of the foregoing was mailed to the defendants attorney of record:

Rocklan King, Adams and Reese LLP, 424 Church street, ste 2700, Nashville, TN 37219

via USPS first class mail on 7/3/2015

*/s/ Craig Cunningham*
Craig Cunningham, Plaintiff, Pro-se
5543 Edmondson Pike ste 248
Nashville, TN 37211
7/3/2015