IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| CRAIG CUNNINGHAM, | ) | |
| | ) | No. 3:15-cv-00165 |
| Plaintiff, | ) | |
| | ) | Judge Nixon |
| v. | ) | Magistrate Judge Bryant |
| | ) | |
| VITAL RECOVERY SERVICES, LLC, | ) | |
| | ) | JURY DEMAND |
| Defendant. | ) | |

## ORDER

Pending before the Court is Plaintiff's Motion to Dismiss. (Doc. No. 11.) Defendant has not asserted a counterclaim. Plaintiff states that the parties have resolved this dispute and requests a dismissal with prejudice. (*Id.* ¶ 1.) Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiff's claims against Defendant are **DISMISSED with prejudice**. The Clerk of the Court is **DIRECTED** to close this case.

It is so ORDERED.

Entered this the ___8___ day of July, 2015.

                                                         JOHN T. NIXON, SENIOR JUDGE
                                                         UNITED STATES DISTRICT COURT